IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                                                    Criminal No.:  3:20cr47

ORLANDO L. HAYES,

               Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation of the Magistrate Judge, (ECF No. 21), regarding Magistrate Judge Elizabeth W. Hanes's acceptance of Defendant Orlando L. Hayes's plea of guilty to Count Two of the Indictment.  On September 1, 2020, Magistrate Judge Hanes accepted Hayes's plea of guilty pursuant to a Federal Rule of Criminal Procedure 11 proceeding conducted with the consent of Hayes and counsel.

It appearing that Magistrate Judge Hanes made full inquiry and findings pursuant to Rule 11; that Hayes was given notice of the right to file specific objections to the Report and Recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED, (ECF No. 21), and Hayes is found guilty of Count TWO of the Indictment.

It is SO ORDERED.

                                         /s/

                                        M. Hannah Lauck
                                        United States District Judge

Date: 9/21/20
Richmond, Virginia